UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61364-WPD

JAMIL HINDI, Individually and on behalf of all
others similarly situated,

        Plaintiff,

vs.

THE JOINT CORP. ,

        Defendant
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") [DE 18], filed herein on August 21, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 18] is hereby **APPROVED**;
2. This case is **DISMISSED WITH PREJUDICE;**
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida on this 22nd day of August, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record